**Order entered January 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01162-CR

**JOHANAN JOHN FOLSOM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-58786-P**

## ORDER

On December 21, 2012, the Court adopted the trial court's finding that court reporter Yolanda Atkins would file her portion of the reporter's record within ten days of the December 14, 2012 hearing. The Court now has before it a letter from Ms. Atkins stating her portion of the record cannot be filed because it was lost due to the theft of her equipment from her vehicle. This information was not presented to the trial court and before the appeal can proceed, the Court must have findings pursuant to Texas Rule of Appellate Procedure 34.6(f).

Accordingly, we **ORDER** the trial court to conduct a hearing at which Yolanda Atkins is present and to make findings regarding the following: (1) whether the notes of the hearings Yolanda Atkins recorded are available; (2) if the notes are not available, whether appellant is at

fault for the loss or destruction of the notes; and (3) whether appellant and the State can agree to a substituted record.

We **ORDER** the trial court to transmit a supplemental record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to transmit copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; court reporter Yolanda Atkins; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated when we receive the supplemental record containing its findings of fact.

/s/     DAVID W. EVANS
        JUSTICE